177 A.3d 114

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. GERMANIA TERRERO, A/K/A XIOMARA,
DEFENDANT-PETITIONER.

C–425 September Term 2017
079687

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001635–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.